# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | | |
|---|---|---|
| **DAVID TOM, individually and on behalf of all others similarly situated** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-125-RP |
| | ) | |
| | ) | |
| **SAGAX MEDIA LLC d/b/a SERVICE DIRECT AND FLORIDA HIGH & DRY ROOFING, LLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF NONSERVICE

I, Ryan Schedler, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 21, 2026, at 5:10 pm. After careful inquiry and diligent attempts, I was unable to serve SAGAX MEDIA LLC d/b/a SERVICE DIRECT.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, and Civil Cover Sheet

Serve Attempt #1
Date / Time: January 29, 2026 5:12 pm
Address: 4413 Pack Saddle Pass, Austin, TX 78745-1623
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=30.2299383333,-97.7927083333
Description of attempt: I spoke with the manager of the neighboring business and he stated that they took down their sign and he hasn't seen anyone at the property or in the parking lot in over a year. They stated that the subject has moved from this address. Observed that the property appears to be vacant. The road to enter their parking lot is blocked off and housing and active construction site with city permits posted at the corner of the property. No additional contacts were made.

Total Cost: $95.00

My name is Ryan Schedler, I am 18 years of age or older, and my address is 711 West 32nd Street, Austin, TX 78705, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

  Travis County                                    ,

  TX          on     2/11/2026                    .

/s/ *Ryan Schedler*
_____

Ryan Schedler
+1 (972) 979-8801
Certification Number: PSC-20036
Expiration Date: 9/30/2027

Exhibit 1a)

