# UNITED STATES DISTRICT COURT

for the
Western District of Texas at Austin

| | |
|---|---|
| **DAVID TOM, individually and on behalf of all others similarly situated** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-cv-125-RP |
| | ) |
| | ) |
| **SAGAX MEDIA LLC d/b/a SERVICE DIRECT AND FLORIDA HIGH & DRY ROOFING, LLC** | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF NONSERVICE

I, Timothy Jace, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 21, 2026, at 8:55 pm. After careful inquiry and diligent attempts, I was unable to serve FLORIDA HIGH & DRY ROOFING, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET

Serve Attempt #1
Date / Time: January 23, 2026 10:01 am
Address: 1340 Clearmont St NE, Ste 308, Palm Bay, FL 32905-4049
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=28.0307023333,-80.6061106667
Description of attempt: No contact was made at the service address. Observed the business was closed at the time of the attempt. No additional contacts were made.

Serve Attempt #2
Date / Time: January 29, 2026 3:13 pm
Address: 1340 Clearmont St NE, Ste 308, Palm Bay, FL 32905-4049
Photo: See Exhibits 2a, 2b, 2c below
Geolocation: https://google.com/maps?q=28.0307649934,-80.6062585295

Description of attempt: No contact was made at the service address. Observed the business was closed at the time of the attempt and the business location appears to be vacant. No additional contacts were made.

Total Cost: $85.00

My name is Timothy Jace, I am 18 years of age or older, and my address is 564 North Wickham Rd , 121, Melbourne, FL 32935, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Timothy Jace*

Executed in

Brevard County                              ,   Timothy Jace
                                                +1 (321) 794-3927
FL        on    2/12/2026            .



Exhibit 1a)



Exhibit 2a)



Exhibit 2b)



Exhibit 2c)