**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT AUSTIN**

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SAGAX MEDIA LLC d/b/a SERVICE DIRECT**<br><br>**AND**<br><br>**FLORIDA HIGH & DRY ROOFING, LLC**<br><br>*Defendants.* | Case No. 1:26-cv-125<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]
MOTION AND BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME
TO SERVE SUMMONS AND COMPLAINT**

AND NOW, this _____ day of _____, 2026, it is hereby ordered that the

Motion is GRANTED. Plaintiff shall have an additional 60 days to complete service of the

Summons and Complaint on Defendants Sagax Media LLC d/b/a Service Direct ("Service

Direct") and Florida High & Dry Roofing, LLC ("Florida High & Dry").

IT IS SO ORDERED

*By the Court:*


_____, J.


1