IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVSION

| | |
|---|---|
| DAVID TOM, individually and on behalf of All others similarly situated,<br><br>Plaintiff,<br><br><br>v.<br><br>SAGAX MEDIA LLC d/b/a SERVICE DIRECT AND FLORIDA HIGH DRY ROOFING, LLC.<br><br>Defendants,<br><br>. | Case No. 1:26-cv-00125 |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Defendant SAGAX MEDIA LLC hereby provides notice that attorney Richard B. Roper and the law firm of Vartabedian, Katz, Hester & Haynes, LLP, a member in good standing of the bar of this court, is appearing as counsel of record in this case for Defendant SAGAX MEDIA LLC.

DATED: June 8, 2026,                    Respectfully submitted,


                                        */s/ Richard B. Roper*
                                        Richard B. Roper
                                        Texas Bar No. 17233700
                                        richard.roper@vkhh.com

                                        **VARTABEDIAN, KATZ, HESTER & HAYNES LLP**
                                        301 Commerce Street, Suite 2200
                                        Fort Worth, Texas 76102
                                        Tel. (817) 214-4991

                                        **COUNSEL FOR DEFENDANT SAGAX MEDIA LLC**

## CERTIFICATE OF SERVICE

I certify that on June 8, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the CM/ECF system of the United States District Court for the Northern District of Texas, which will automatically send e-mail notifications of such filing to all counsel of record.

                                        */s/ Richard B. Roper*
                                        Richard B. Roper