**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AT AUSTIN**

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SAGAX MEDIA LLC d/b/a SERVICE DIRECT**<br><br>**AND**<br><br>**FLORIDA HIGH & DRY ROOFING, LLC**,<br><br>*Defendants*. | Case No. 1:26-cv-125 |

## DEFENDANT SAGAX MEDIA LLC'S MOTION TO DISMISS

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendant Sagax Media LLC d/b/a Service Direct respectfully moves this Court for an Order dismissing Plaintiff David Tom's putative Class Action Complaint for failure to state a claim upon which relief can be granted. Sagax's Motion is based on this Notice, the accompanying Memorandum of Law in Support, and any other evidence and argument that the Court may entertain.

DATED:  June 8, 2026

Respectfully submitted,

KLEIN MOYNIHAN TURCO LLP

*Attorneys for Sagax Media LLC d/b/a Service Direct*

By: /s/ *Neil E. Asnen*
Neil E. Asnen (*pro hac vice* application forthcoming)
New York Bar. No. 4785184
450 7th Avenue – 40th Floor

New York, NY 10123
Telephone: (212) 246-0900
Email: nasnen@kleinmoynihan.com

-and-

VARTABEDIAN KATZ, HESTER & HAYNES

By: /s/ *Richard B. Roper*
Richard B. Roper
Texas Bar No. 17233700
2200 Commerce St. Ste 4200W
Dallas, TX 75201
Telephone: (817) 309-9092
Email: richard.roper@vkhh.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Richard B. Roper*
Richard B. Roper