## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AT AUSTIN

|  |  |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**SAGAX MEDIA LLC d/b/a SERVICE DIRECT**<br><br>**AND**<br><br>**FLORIDA HIGH & DRY ROOFING, LLC**,<br><br>*Defendants.* | Case No. 1:26-cv-125 |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant Sagax Media LLC d/b/a Service Direct's Motion to Dismiss. Having considered the Motion, Memorandum of Law in Support, relevant authorities, and the pleadings on file, the Court finds that the Motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** in its entirety as to Sagax.

BY THE COURT:

_____

**ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**