UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

David Tom                                            §
                                                     §
                                                     §
vs.                                                  §       NO:   AU:26-CV-00125-RP
                                                     §
Sagax Media LLC, Florida High & Dry Roofing,  §
LLC

O R D ER

**BE IT REMEMBERED** on  this  the  9th day of June, 2026, there was presented tothe Court the Motion for Admission *Pro Hac Vice* filed by Neil E. Asnen, counsel for Florida High & Dry Roofing, LLC and Sagax Media LLC. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Neil E. Asnen may appear on behalf of Florida High & Dry Roofing, LLC and Sagax Media LLC. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 9th day of June, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE