**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT AUSTIN**

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v.* <br><br> **SAGAX MEDIA LLC d/b/a SERVICE DIRECT** <br><br> **AND** <br><br> **FLORIDA HIGH & DRY ROOFING, LLC** <br><br> *Defendants*. | Case No. 1:26-cv-125 <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

**MOTION AND BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff David Tom ("Plaintiff"), by and through undersigned counsel, respectfully requests an extension of time, up to and including July 10, 2026, within which to respond to Defendant Sagax Media LLC's Motion to Dismiss (ECF No. 11, 12). In support thereof, Plaintiff states that the additional time is necessary to draft a comprehensive opposition to the motion and adequately respond to the Motion due to the press of existing business and other matters. Moving Defendant Sagax Media LLC does not oppose this request, and the request is not sought for any improper purpose or delay.

Wherefore, the Plaintiff respectfully requests that the Court grant the requested extension.

1

RESPECTFULLY SUBMITTED AND DATED this 19th day of June, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

June 19, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2