## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AT AUSTIN

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**SAGAX MEDIA LLC d/b/a SERVICE DIRECT**<br><br>**AND**<br><br>**FLORIDA HIGH & DRY ROOFING, LLC**<br><br>*Defendants.* | Case No. 1:26-cv-125<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**MOTION AND BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2026, it is hereby ordered that the

Motion is GRANTED. Plaintiff shall have until July 10, 2026, within which to respond to

Defendant Sagax Media LLC's Motion to Dismiss (ECF No. 11, 12).

IT IS SO ORDERED

*BY THE COURT:*

_____, J.

1