**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT AUSTIN**

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v.* <br><br> **SAGAX MEDIA LLC d/b/a SERVICE DIRECT** <br><br> **AND** <br><br> **FLORIDA HIGH & DRY ROOFING, LLC**, <br><br> *Defendants.* | Case No. 1:26-cv-125 |

**SAGAX MEDIA LLC'S d/b/a SERVICE DIRECT UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO FILE AND SERVE ITS REPLY IN FURTHER
SUPPORT OF ITS MOTION TO DISMISS**

Defendant Sagax Media LLC d/b/a Service Direct, ("Sagax"), by and through its undersigned counsel, hereby requests an extension of time up to and through July 24, 2026 within which to serve and file its reply brief in further support of its Motion to Dismiss (*see* ECF No. 11), stating as follows:

1.      On June 8, 2026, Sagax served and filed its Motion to Dismiss (*see* id.) Plaintiff David Tom's ("Plaintiff") Complaint (*see id.* No. 1).

2.      On July 10, 2026, Plaintiff, through counsel, filed and served his response in opposition to the Motion to Dismiss (*see id.* No. 15).

3.      Sagax's deadline for serving and filing its reply brief in further support of its Motion to Dismiss is July 17, 2026.

4.      Sagax requests an extension of time to serve and file its reply brief up to and through July 24, 2026 and respectfully states that the additional time is necessary to adequately and comprehensively reply to Plaintiff's response, while tending to other time-sensitive matters.

5.      Plaintiff consents to and does not oppose this motion.

6.      The request is made in good faith and not for the purpose of delay.

7.      Sagax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

8.      As required by Local Civil Rule 7(G), Sagax has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the requested extension of time.

WHEREFORE, Defendant Sagax respectfully requests entry of an order granting it an extension of time up to and including July 24, 2026, within which to serve and file its reply in further support of its Motion to Dismiss.

DATED:  July 14, 2026              Respectfully submitted,

KLEIN MOYNIHAN TURCO LLP

*Attorneys for Sagax Media LLC d/b/a*
*Service Direct*

By: /s/ *Neil E. Asnen*
Neil E. Asnen (admitted *pro hac vice*)
New York Bar. No. 4785184
450 7th Avenue – 40th Floor
New York, NY 10123
Telephone: (212) 246-0900
Email: nasnen@kleinmoynihan.com

-and-

VARTABEDIAN KATZ, HESTER & HAYNES

Richard B. Roper
Texas Bar No. 17233700
2200 Commerce St. Ste 4200W
Dallas, TX 75201
Telephone: (817) 309-9092
Email: richard.roper@vkhh.com

## CERTIFICATE OF CONFERENCE

Sagax Media LLC's counsel has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the requested extension of time.

/s/ *Neil E. Asnen*
Neil E. Asnen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Neil E. Asnen*
Neil E. Asnen