**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**SAGAX MEDIA LLC d/b/a SERVICE DIRECT**<br><br>**AND**<br><br>**FLORIDA HIGH & DRY ROOFING, LLC**,<br><br>*Defendants.* | **Case No. 1:26-cv-125** |

## ORDER

Before the Court is Defendant Sagax Media LLC d/b/a Service Direct's Unopposed Motion to Extend Time to File its Reply to the Plaintiff's response to Sagax Media LLC.'s motion to dismiss. The Court finds that the motion is well taken and GRANTS the motion for the reasons stated in the motion.

It is therefore **ORDERED** that Defendant Sagax Media LLC d/b/a Service Direct's reply to the Plaintiff's Response to the Motion to Dismiss shall be filed on or before July 24, 2026.

**ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**