# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **DAVID TOM, individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | **A-26-CV-125-RP** |
| **SAGAX MEDIA LLC d/b/a SERVICE DIRECT AND FLORIDA HIGH & DRY ROOFING, LLC,** | § § § § | |
| **Defendants.** | § | |

## ORDER

Defendant Sagax Media LLC appeared in this action on June 8, 2026. Dkt. 11. Contrary to this court's local rules, the parties have not submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **August 28, 2026**.

SIGNED on August 14, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE