**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AT AUSTIN**

| | |
|---|---|
| DAVID TOM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SAGAX MEDIA LLC d/b/a SERVICE DIRECT and<br>FLORIDA HIGH & DRY ROOFING, LLC,<br><br>*Defendants*. | Case No. 1:26-cv-125<br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Plaintiff, David Tom, through his counsel, Andrew Perrong, Perrong Law LLC:

_____ consents to having a United States Magistrate Judge preside over the trial in this case.

__**X**__ declines to consent to trial before a United States Magistrate Judge.

RESPECTFULLY SUBMITTED AND DATED this 29th day of October, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq. (PA Bar 333687)
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

October 29, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.